UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TONY MEDICI**                                                                  **CIVIL ACTION**

**VERSUS**                                                                       **NO. 05-4465**

**JO ANN B. BARNHART**                                                           **SECTION "I" (3)**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**


### O R D E R

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the absence of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is DENIED the Plaintiff's Motion for Summary Judgment is GRANTED insofar as remand is sought and thus, the Commissioner's decision is VACATED and the case REMANDED for further proceeding consistent with this Court's opinion.

New Orleans, Louisiana, this ____13th____ day December, 2006.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE